No. 537. ARTHUR C. HARVEY CO. *v.* MALLEY, ET AL., FORMER COLLECTORS. April 17, 1933. The motion to amend the judgment herein is denied. 288 U.S. 415.

No. 260. COYNE, SECRETARY OF STATE, ET AL. *v.* PROUTY ET AL. Return to rule to show cause presented April 17, 1933. Decided April 24, 1933. *Per Curiam:* Decree reversed and cause remanded with directions to dismiss the bill of complaint upon the ground that the cause is moot. *Brownlow* v. *Schwartz,* 261 U.S. 216; *Alejandrino* v. *Quezon,* 271 U.S. 528, 535, 536; *U.S. ex rel. Norwegian Nitrogen Products Co.* v. *Tariff Commission,* 274 U.S. 106, 112; *Railroad Commission of Texas* v. *MacMillan,* 287 U.S. 576. *Mr. Edward E. Wagner* for appellants. *Mr. A. B. Fairbank* for appellees.

No. 805. HAWKINS *v.* CITY OF RED CLOUD ET AL. Jurisdictional statement submitted April 15, 1933. Decided April 24, 1933. *Per Curiam:* The appeal herein is dismissed for want of a substantial federal question. *Gant* v. *Oklahoma City, ante,* 98, 102; *Standard Oil Co.* v. *Marysville,* 279 U.S. 582, 583; *Equitable Life Assurance Society* v. *Brown,* 187 U.S. 308, 311. *Mr. Jesse G. Hawkins, pro se.* No appearance for appellees.